**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
TAMM CONSULTING and EINAR TAMM,
                Plaintiffs,

-against-

THE CINCINNATI INSURANCE COMPANY,
TURNER FORENSICS, TURNER
ENGINEERING, P.C., DANIEL D. TURNER,
TROY MCCLURE, JOHN DOES, JOHN DOE
COMPANIES and JOHN DOE INSURANCE
COMPANIES,
                Defendants.
-------------------------------------------------------------X



18 **CIVIL** 11415 (RA)

## JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated March 9, 2020, Plaintiffs' motion to remand this case to state court is granted. Plaintiffs' motion for attorneys' fees and costs is denied and Defendants' motions to dismiss Plaintiffs' amended complaint are denied as moot. The case remanded to the Supreme Court of the State of New York, Bronx County; accordingly, the case is closed.

**Dated:** New York, New York
       March 9, 2020

                              **RUBY J. KRAJICK**

                              **Clerk of Court**
         **BY:**
                              **Deputy Clerk**